PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Lucy Warren                                         Cr.: 01-CR-559-01

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 3/13/02

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: 36 months probation

Type of Supervision: Probation                    Date Supervision Commenced: 03/13/02

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Warren failed to report to the Probation office and failed to submit monthly written supervision reports from March 2004 to January 2005. |
| 2 | Warren failed to submit restitution payments in the amount of no less than $50 per month since June 2003. |

U.S. Probation Officer Action:
We recommend Warren's probation term expire as scheduled on March 19, 2006, and for Warren to make payments towards her restitution directly to the Financial Litigation Unit. Furthermore, we request the Violation of Probation hearing filed on February 3, 2005, be dismissed.

Respectfully submitted,

By: Dina M. Violante
U.S. Probation Officer
Date: 3/6/06

[X] Terminate Probation and dismiss Violation of Probation hearing.
[ ] Other

Signature of Judicial Officer

3/10/06
Date